UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARVIS RODGERS, | ) | CASE NO. CV 07-2807 RGK (FFM) |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RICHARD KIRKLAND, Warden, | ) ) | |
| Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    IT IS ORDERED that judgment be entered dismissing the petition on the merits with prejudice.

DATED: September 14, 2011

*/s/ Gary Klausner*
R. GARY KLAUSNER
United States District Judge